UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN J. CHANDLER,<br><br>　　　　　　　　Petitioner,<br><br>　　　　v.<br><br>B. CATES, Warden,<br><br>　　　　　　　　Respondent. | Case No. 8:21-00377 DSF (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. No. 1), Answer (Dkt. No. 7), Traverse (Dkt. No. 10), and the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 21), and all the records and files herein. No objections were filed, and the time to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　Accordingly, IT IS HEREBY ORDERED:

　　　　1. The Court approves and accepts the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 21);

2. The Petition is denied and this case is dismissed without prejudice;

3. The Petition for Referral is denied (Dkt. No. 15); and

4. Judgment is to be entered accordingly.

IT IS SO ORDERED.

DATED: January 17, 2023

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE