JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN J. CHANDLER, | Case No. 8:21-00377 DSF (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| B. CATES, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the Petition denied and the case is dismissed in its entirety without prejudice.

IT IS SO ORDERED.

DATED: January 17, 2023

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE